O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-320 AHM (MANx) | Date | April 17, 2008 |
|---|---|---|---|
| Title | KENNETH V. JACOBS v. U.S. DRUG ENFORCEMENT ADMINISTRATION IT'S OFFICERS, AGENTS AND EMPLOYEES | | |

| Present: The Honorable | A. Howard Matz | | |
|---|---|---|---|
| Stephen Montes | N/A | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| No Appearance | | No Appearance | |

**Proceedings:**        In Chambers

    On February 8, 2008, the Court dismissed this action, which had been removed from state court, but granted Plaintiff leave to file an amended complaint by March 10, 2008 (Docket No. 6). Failure to do so, the Court stated, would result in the action being dismissed with prejudice. Plaintiff never filed an amended complaint. Instead, on March 26, 2008, Plaintiff filed an untimely motion to remand this action to state court. Accordingly, the Court DISMISSES the action WITH PREJUDICE, and DENIES the motion to remand.[1]

    No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.  **Make JS-6.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket No. 9.